# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| TRACII RUFUS-AIKEN; and CRYSTAL RUFUS-AIKEN, | * * * |
| Plaintiffs, | *   CIVIL ACTION NO.: 5:21-cv-11 |
| v. | * * |
| STATE OF GEORGIA, et al., | * * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Plaintiffs did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiffs' Complaint for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiffs *in forma pauperis* status on appeal.

SO ORDERED, this 23 day of March, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)