AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRACII RUFUS-AIKEN; and
CRYSTAL RUFUS-ROBINSON,

        Plaintiffs,

v.

STATE OF GEORGIA, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 521-011

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order dated March 23, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court; therefore, Plaintiffs' Complaint is DISMISSED without prejudice for failure to follow the Court's directive. Additionally, Plaintiffs are DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: March 25, 2021

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020